# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BB MANAGEMENT LLC, | : | NO. 1:25-CV-01643 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| GROUNDFLOOR PROPERTIES | : | |
| GA, | : | |
| Defendant. | : | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is

**ORDERED** that:

(1)   The Defendant's motion to dismiss (doc. 5) is **GRANTED**;

(2)   The Complaint is dismissed without prejudice;

(3)   In accordance with the Memorandum Opinion, Plaintiff may file an amended complaint on or before **June 22, 2026**.

Date: May 21, 2026

s/*Sean A. Camoni*
Sean A. Camoni
United States Magistrate Judge